IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONNA LEE WILLIAMS,<br><br>     Plaintiff,<br><br>vs.<br><br>DOUGLAS HAWCO, MICHELLE HAWCO, and CHRISTOPHER HAWCO,<br><br>     Defendants. | **4:18CV3170**<br><br>**MEMORANDUM AND ORDER** |

  This matter is before the court on correspondence from Plaintiff which the court liberally construes as a motion for reconsideration. (Filing Nos. 16 & 17.) The court dismissed Plaintiff's Complaint (filing no. 1) on June 24, 2019 (filing nos. 10 & 13) for lack of subject matter jurisdiction, and Plaintiff did not file a Notice of Appeal. This matter is, thus, closed, in this court and no further action is necessary. The court understands Plaintiff is disappointed with what she considers the federal government's failure to help her in the situation with her neighbors. However, as the court explained in its Memorandum and Order dismissing this case, the court lacks subject matter jurisdiction to consider Plaintiff's claims or grant her the relief she seeks. Plaintiff is free to pursue remedies in a proper forum, such as in the Nebraska state courts, but she should refrain from filing any further documents in this case.

  IT IS THEREFORE ORDERED that Plaintiff's correspondence (filing nos. 16 & 17), liberally construed as a motion, is denied.

Dated this 25th day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge